UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

---------------------------------------------------------------------X
**JACOB DOE**

                **Plaintiff,**

  -against-                                                No. 1:23-cv-00041

**THE UNIVERSITY OF NORTH CAROLINA
SYSTEM, et al.**

                **Defendants.**
---------------------------------------------------------------------X

**PLAINTIFF'S MOTION FOR
<u>LEAVE TO PROCEED UNDER PSEUDONYM</u>**

Plaintiff Jacob Doe moves this Court for leave to proceed under pseudonym. Plaintiff will file contemporaneously a declaration and memorandum in support of this motion which is incorporated herein.

Respectfully submitted this 15th day of February 2023, by:

                          **NESENOFF & MILTENBERG, LLP**
                          *Attorneys for Plaintiff*

                          **By:** <u>*/s/ Andrew Miltenberg*</u>
                          Andrew T. Miltenberg, Esq.
                          Stuart Bernstein, Esq.
                          Tara J. Davis, Esq.
                          363 Seventh Avenue, Fifth Floor
                          New York, New York 10001
                          (212) 736-4500
                          amiltenberg@nmllplaw.com
                          sbernstein@nmllplaw.com
                          tdavis@nmllplaw.com

*Pro hac vice forthcoming*

-and-

**EKSTRAND AND EKSTRAND, LLP**

**By: /**s/*Robert Ekstrand*
Robert C. Ekstrand, Esq.
NC Bar No. 26673
110 Swift Avenue, 2nd Floor
Durham, North Carolina 27705
(919) 452-4647
rce@ninthstreetlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 15th day of February, 2023, I filed the foregoing using the CM/ECF system, which will provide notice to all counsel of record, and, further, that the foregoing will be served on all parties with the summons and complaint.

**By: /**s/*Robert Ekstrand*
Robert C. Ekstrand, Esq.