**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

-----------------------------------------------------------------X

**JACOB DOE**

                    **Plaintiff,**

      **-against-**                            **No. 1:23-cv-00041**

**THE UNIVERSITY OF NORTH CAROLINA**
**SYSTEM, et al.**

                    **Defendants.**

-----------------------------------------------------------------X

## **ORDER**

      Upon the *Ex Parte* motion of the Plaintiff for an order permitting the filing of the complaint, summons, Motion to Proceed Under Pseudonym, and supporting memorandum of law and for the reasons set out therein and other good cause shown, it is hereby,

      **ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order be **GRANTED**, and it is

      **FURTHER ORDERED**, that the complaint, summons, federal civil cover sheet, and Motion to Proceed Under Pseudonym, and all other accompanying filings in this action shall be placed under seal until such time as proof of service of the Summons and Complaint is returned and filed by Plaintiff with the Clerk of the Court.

      SO ORDERED this ___ day of February, 2023

                                   _____

                                  UNITED STATES DISTRICT JUDGE