UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

----------------------------------------------------------------X
**JACOB DOE**

               **Plaintiff,**

  -against-                                          No. 1:23-cv-00041

**THE UNIVERSITY OF NORTH CAROLINA
SYSTEM, et al.**

               **Defendants.**
----------------------------------------------------------------X

### *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER
### AND MOTION FOR A PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that Plaintiff, through his attorneys, Nesenoff & Miltenberg, LLP and Ekstrand and Ekstrand, LLP, hereby moves this Court for an *ex parte* temporary restraining order and a preliminary injunction, pursuant to Fed. R. Civ. P. 65:

(i)     Prohibiting Defendants from releasing or disclosing any information concerning the disciplinary proceedings that are the subject of this lawsuit;

(ii)    Requiring Defendants to direct all individuals, including but not limited to employees and students, over whom they exercise control to refrain from publishing or disclosing any information concerning Plaintiff, the disciplinary proceedings, or the outcomes of such proceedings; and

1

(iii) Requiring UNC to inform any media outlet, or any other third party, that receives information concerning Plaintiff's disciplinary outcome about the filing of this motion for a temporary restraining order and preliminary injunction, and notifying such media outlets or other third party, that they are prohibited from publishing any information concerning Plaintiff, the disciplinary proceedings, or the outcomes of such proceedings.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff shall rely upon the Verified Complaint and accompanying Memorandum of Law, declarations, affidavits, and exhibits/attachments thereto, in support of the Motion.

Respectfully submitted this 15th day of February, 2023, by:

> **NESENOFF & MILTENBERG, LLP**
> *Attorneys for Plaintiff*
>
> **By:** */s/ Andrew Miltenberg*
> Andrew T. Miltenberg, Esq.
> Stuart Bernstein, Esq.
> Tara J. Davis, Esq.
> 363 Seventh Avenue, Fifth Floor
> New York, New York 10001
> (212) 736-4500
> amiltenberg@nmllplaw.com
> sbernstein@nmllplaw.com
> tdavis@nmllplaw.com
> *Pro hac vice forthcoming*
>
> -and-

EKSTRAND AND EKSTRAND, LLP

**By:** /s/   *Robert Ekstrand*

Robert C. Ekstrand, Esq.
N.C. Bar No. 26673
110 Swift Avenue, 2nd Floor
Durham, North Carolina 27705
(919) 416-4590
rce@ninthstreetlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record; and, further, I certify that the foregoing will be served along with the summons and complaint on all parties.

**By:** /s/   *Robert Ekstrand*

Robert C. Ekstrand, Esq.