UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

-------------------------------------------------------------------X

**JACOB DOE**

     **Plaintiff,**

 -against-              No. 1:23-cv-00041

**THE UNIVERSITY OF NORTH CAROLINA
SYSTEM, et al.**

     **Defendants.**
-------------------------------------------------------------------X

## ORDER for EXPEDITED HEARING and for TEMPORARY RESTRAINT

Upon consideration of the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the Verified Complaint, and accompanying memoranda of law, declarations, and exhibits/attachments thereto, and for other good cause shown;

**IT IS HEREBY ORDERED THAT** Defendants appear before the United States District Court for the Western District of North Carolina, located at 401 West Trade Street, Room 1200, Charlotte, North Carolina 28202, Courtroom ____, on the ____ day of _____2023, and **SHOW CAUSE** why:

 1. Defendants should not stay the disclosure of Plaintiff John Doe's name and disciplinary records to the press and the public, until a final determination is made in this federal lawsuit.

The Court hereby finds that Plaintiff John Doe has met the required showing necessitating the granting of a temporary restraining order and preliminary injunction

1

pursuant to Rule 65 of the Federal Rules of Civil Procedure, in that (i) the probability of irreparable harm to the Plaintiff is present should the relief not be granted, (ii) there is a likelihood that the Plaintiff will succeed on the merits, (iii) the balance of hardships tips decidedly in Plaintiff's favor, and (iv) the injunction is in the public interest. Therefore:

**IT IS HEREBY FURTHER ORDERED THAT** pending a determination of Plaintiff's Motion for Preliminary Injunction, Defendant is hereby: (i) restrained and enjoined from releasing or disclosing any information concerning the disciplinary proceedings that are the subject of this lawsuit; (ii) required to direct all individuals, including but not limited to employees and students, over whom they exercise control to refrain from publishing or disclosing any information concerning Plaintiff, the disciplinary proceedings, or the outcomes of such proceedings; and (iii) UNC is required to inform any media outlet, or any other third party, that receives information concerning Plaintiff's disciplinary outcome about the filing of this motion for a temporary restraining order and preliminary injunction, and notifying such media outlets or other third party, that they are prohibited from publishing any information concerning Plaintiff, the disciplinary proceedings, or the outcomes of such proceedings.

**IT IS HEREBY FURTHER ORDERED THAT** service of all the papers supporting Plaintiff's Motion for Preliminary Injunction by e-mail upon _____, Esq., counsel for Wake Forest University, on or before 4:00 PM on February __, 2023, shall constitute good and sufficient service.

**THIS ORDER REMAINS IN EFFECT UNTIL _____, 2023.**

_____
United States District Judge