# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| JACOB DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00041 |
| THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL.

Date: 02/16/2023

/s/ Marla S. Bowman
*Attorney's signature*

Marla S. Bowman - N.C. Bar No. 49097
*Printed name and bar number*

Office of University Counsel
The University of North Carolina at Chapel Hill
123 W. Franklin St., Suite 600A
Chapel Hill, NC 27599-9105
*Address*

marla_bowman@unc.edu
*E-mail address*

(919) 962-1219
*Telephone number*

(919) 843-1617
*FAX number*