# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina ▼

| | |
|---|---|
| JACOB DOE )<br>*Plaintiff* )<br>v. )<br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al. )<br>*Defendant* ) | Case No. 1:23-cv-00041 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The University of North Carolina System and The North Carolina University at Chapel Hill.

Date: 02/17/2023

/s/ Jeremy D. Lindsley
*Attorney's signature*

Jeremy D. Lindsley - NC Bar No. 26235
*Printed name and bar number*
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602

*Address*

jlindsley@ncdoj.gov
*E-mail address*

(919) 716-6815
*Telephone number*

(919) 716-6764
*FAX number*