UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

------------------------------------------------------------------X
**JACOB DOE**
    **Plaintiff,**

 -against-             No. 1:23-cv-00041

**THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.**
    **Defendants.**
------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF MOTION <u>WITHOUT PREJUDICE</u> AND JOINT REQUEST FOR DISSOLUTION OF TRO AND CANCELLATION OF HEARING

 Plaintiff, Jacob Doe, hereby gives notice of Plaintiff's and UNC-CH's resolution of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 4). Plaintiff therefore withdraws the Motion <u>without prejudice</u>. Further, Plaintiff and UNC-CH jointly request that the Court dissolve its February 22, 2023 Order (ECF No. 14) and cancel the preliminary injunction hearing scheduled for March 7, 2023.

 Respectfully submitted this 22nd day of February 2023 by:

           ***Counsel for Plaintiff Jacob Doe***

           **Nesenoff & Miltenberg, LLP**

           <u>/s/ *Andrew T. Miltenberg*     </u>.
           Andrew T. Miltenberg
           amiltenberg@nmllplaw.com
           *(pro hac vice motion pending)*
           Stuart Bernstein

sbernstein@nmllplaw.com
*(pro hac vice motion pending)*
Tara J. Davis
tdavis@nmllplaw.com
*(pro hac vice motion pending)*

-and-

**Ekstrand & Ekstrand LLP**

/s/ *Robert C. Ekstrand* .
Robert C. Ekstrand
N.C. Bar No. 26673
rce@ninthstreetlaw.com
    Ekstrand & Ekstrand LLP
    110 Swift Avenue, Second Floor
    Durham, North Carolina 27705
    (919) 416-4590

And by:

**Counsel for Defendant UNC-CH**

/s/ *Marla S. Bowman*
Marla S. Bowman
N.C. Bar No. 49097
marla_bowman@unc.edu
Office of University Counsel
University of North Carolina
at Chapel Hill
123 W. Franklin St., Suite 600A
Chapel Hill, NC 27599-9105
Tel: (919) 962-1219
*Attorney for Defendant University of North Carolina at Chapel Hill*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I will serve an electronic copy of same via electronic mail to General Counsel named above and that paper copies of the foregoing will be served with Plaintiff's Rule 4 service of the complaint and summons on all Defendants.

/s/ Robert C. Ekstrand          .
Robert C. Ekstrand