# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| JACOB DOE<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.<br><br>Defendants. | No. 1:23-cv-00041 |

### INTERVENORS ACLU OF NORTH CAROLINA LEGAL FOUNDATION, FREEDOM OF THE PRESS FOUNDATION, AND PROFESSOR EUGENE VOLOKH'S JOINT MOTION TO UNSEAL RECORDS

The American Civil Liberties Union of North Carolina (ACLU-NCLF), Freedom of the Press Foundation (FPF), and Professor Eugene Volokh jointly move to unseal the following records:

- Plaintiff's "Motion for a Temporary Restraining Order and Motion for a Preliminary Injunction" (ECF 4);

1

- Plaintiff's "Memorandum in Support [of] Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction" (ECF 5);

- Any orders issued by this Court allowing plaintiff to proceed under seal; and

- Any motions and supporting materials relating to sealing.

Pursuant to LCvR 7.1(b), proposed Intervenors informed counsel for the parties of their intent to file this motion on February 27th, 2023. As of this filing, the parties have not responded with their positions on this motion.

Respectfully submitted this 28th day of February 2023 by:

| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC | ACLU OF NORTH CAROLINA LEGAL FOUNDATION |
|---|---|
| Mark R. Sigmon<br>N.C. State Bar No. 37762<br>5 W. Hargett Street<br>Suite 1001<br>Raleigh, NC 27601<br>Tel: (919) 461-6311<br>msigmon@milberg.com<br><br>*Counsel for Intervenor Professor Eugene Volokh* | /s/ Kristi L. Graunke*<br>Kristi L. Graunke<br>N.C. State Bar No. 51216<br>Samuel J. Davis**<br>N.C. State Bar. No. 57289<br>P.O. Box 28004<br>Raleigh, NC 27611<br>Tel. (Davis): (919) 354-5071<br>Tel. (Graunke): (919) 354-5066<br>sdavis@acluofnc.org<br>kgraunke@acluofnc.org |

*Counsel for Intervenors ACLU-NCLF and Freedom of the Press Foundation*

*\*Counsel of record*

*\*\*Application for admission forthcoming*