IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00041-MR-WCM

| | |
|---|---|
| JACOB DOE, ) <br> ) <br>         Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE UNIVERSITY OF NORTH ) <br> CAROLINA SYSTEM, et al., ) <br> ) <br>         Defendants. ) <br> _____ ) | O R D E R |

**THIS MATTER** is before the Court on the Plaintiff's "Notice of Withdrawal Without Prejudice and Joint Request for Dissolution of TRO and Cancellation of Hearing" [Doc. 15].

On February 22, 2023, the Court granted the Plaintiff's *Ex Parte* Motion for Temporary Restraining Order [Doc. 4] and set the Plaintiff's Motion for Preliminary Injunction [Doc. 4] for a hearing on March 7, 2023. [Doc. 14]. In the Order, the Court directed the Plaintiff to provide meaningful notice to the Defendants of the Plaintiff's Motion. [Id.]. Later that day, the Plaintiff filed the present Notice, advising that the Plaintiff and the University of North Carolina at Chapel Hill have resolved the Plaintiff's Motion [Doc. 4] in its entirety. The Plaintiff requests that the motion be withdrawn without

prejudice. The parties jointly request that the Court dissolve its February 22, 2023 Order [Doc. 14] and cancel the preliminary injunction hearing scheduled for March 7, 2023. [Doc. 15].

In light of the parties' stated resolution of the matter of preliminary injunctive relief, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

(1) The Plaintiff's Motion [Doc. 4] is **DEEMED WITHDRAWN WITHOUT PREJUDICE** to renewing his request for a preliminary injunction at a later date;

(2) The Temporary Restraining Order entered February 22, 2023 [Doc. 14] is hereby **DISSOLVED**;

(3) The preliminary injunction hearing scheduled for March 7, 2023 is hereby **CANCELLED**;

(4) The Plaintiff's Motion [Doc. 4] is hereby **UNSEALED** and shall remain on the public docket; and

(5) The Plaintiff's counsel shall immediately provide a copy of this Order to the Defendants and/or their counsel.

2

Case 1:23-cv-00041-MR-WCM   Document 19   Filed 03/01/23   Page 2 of 3

**IT IS SO ORDERED.**  Signed: March 1, 2023

Martin Reidinger
Chief United States District Judge