IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00041-MR-WCM

| | |
|---|---|
| JACOB DOE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| THE UNIVERSITY OF NORTH ) | |
| CAROLINA SYSTEM; ) | |
| THE UNIVERSITY OF NORTH ) | |
| CAROLINA AT CHAPEL HILL; ) | |
| THE UNIVERSITY OF NORTH ) | |
| CAROLINA BOARD OF TRUSTEES; ) | |
| BOARD OF GOVERNORS OF ) | |
| THE UNIVERSITY OF NORTH ) | |
| CAROLINA AT CHAPEL HILL; ) | |
| KEVIN GUSKIEWICZ, ) | |
| *in his official capacity;* ) | |
| ELIZABETH HALL, ) | |
| *individually and in her official capacity;* ) | |
| JEREMY ENLOW, ) | |
| *individually and in his official capacity;* ) | |
| BETH FROEHLING, ) | |
| *individually and in her official capacity;* ) | |
| REBECCA GIBSON, ) | |
| *individually and in her official capacity;* ) | |
| JACLYN FEENEY, ) | |
| *individually and in her official capacity;* ) | |
| DAVID ELROD, ) | |
| *individually and in his official capacity;* ) | |
| and **DESIREE RIECKENBERG,** ) | |
| *individually and in her official capacity,* ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac*

*Vice* and Affidavit (Doc. 8) filed by Robert Christopher Ekstrand. The Motion indicates that Mr. Ekstrand, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Andrew Miltenberg, who the Motion represents as being a member in good standing of the Bar of New York. It further appears that the requisite admission fee has been paid.

The Motion also states that Mr. Ekstrand has conferred with counsel for the other parties, who have indicated that they will advise of their clients' position after consultation. However, no timely response to the Motion has been filed by any Defendant.

**IT IS THEREFORE ORDERED THAT** the Motion for Admission Pro Hac Vice and Affidavit (Doc. 8) is **GRANTED**, and Andrew Miltenberg is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 9, 2023

W. Carleton Metcalf
United States Magistrate Judge