# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO: 1:23-CV-00041

| | |
|---|---|
| JACOB DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.<br><br>  Defendants. | NOTICE OF SUBSTITUTION OF COUNSEL |

   NOW COMES Special Deputy Attorney General Kimberly D. Potter of the North Carolina Department of Justice pursuant to Local Rule 83.1(g) and respectfully gives notice of her substitution as counsel of record in this action on behalf of Defendants, and that Special Deputy Attorney General Kenzie M. Rakes be removed as counsel for Defendants.

   This 5th day of April, 2023.

                              JOSH STEIN
                              Attorney General

                               /s/ Kimberly D. Potter
                              Kimberly D. Potter
                              Special Deputy Attorney General
                              NC State Bar No. 24314
                              kpotter@ncdoj.gov

                              North Carolina Department of Justice

PO Box 629
Raleigh, NC 27602
Tel: 919-716-6920
Fax: 919-716-6764

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

This 5th day of April, 2023.

>  /s/ Kimberly D. Potter
> Kimberly D. Potter
> Special Deputy Attorney General