UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

------------------------------------------------------------X
**JACOB DOE**
                **Plaintiff,**

   **-against-**                                                              **No. 1:23-cv-00041**

**THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.**
                **Defendants.**
------------------------------------------------------------X

## **STIPULATION**

It is hereby stipulated by the Plaintiff, JACOB DOE; by Defendant BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA, incorrectly designated as UNIVERSITY OF NORTH CAROLINA BOARD OF TRUSTEES; and by Defendant UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL BOARD OF TRUSTEES , incorrectly designated as BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, by and through their undersigned counsel that the above-captioned case shall be amended by correcting the names of these Defendants wherever they appear throughout the record of the case. The above-captioned matter shall now read as follows:

JACOB DOE
    Plaintiff,

                    -against-

THE UNIVERSITY OF NORTH CAROLINA SYSTEM, THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA, UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL BOARD OF TRUSTEES, KEVIN GUSKIEWICZ, in his official capacity, ELIZABETH HALL, individually and in her official capacity, JEREMY ENLOW, individually and in his official capacity, BETH FROEHLING, individually and in her official capacity, REBECCA GIBSON, individually and in her official capacity, JACLYN FEENEY, individually and in her official capacity, DAVID ELROD, individually and in his official capacity, and DESIREE RIECKENBERG, individually and in her official capacity,
    Defendants.

It is hereby further stipulated and restated that the Board of Governors of the University of North Carolina's and the University of North Carolina at Chapel Hills Board of Trustees' deadlines to file responsive pleadings and responses to Plaintiff's Motion to Proceed under Pseudonym are through and including May 8, 2023 as stated in the Court's March 27, 2023 Text Orders.

Respectfully submitted this 11th day of April 2023 by:

**COUNSEL FOR PLAINTIFF JACOB DOE:**

**Nesenoff & Miltenberg, LLP**

<u>**/s/ Andrew T. Miltenberg**</u>
**Andrew T. Miltenberg**
amiltenberg@nmllplaw.com
Admitted Pro Hac Vice
**Stuart Bernstein**
sbernstein@nmllplaw.com
Admitted Pro Hac Vice
**Tara J. Davis**
Admitted Pro Hac Vice
tdavis@nmllplaw.com
*Pro Hac Vice*

                    -and-

2

**Ekstrand & Ekstrand LLP**

**/s/ Robert C. Ekstrand**
**Robert C. Ekstrand**
N.C. Bar No. 26673
110 Swift Avenue, Second Floor
Durham, North Carolina 27705
Tel.   (919) 416-4590
Email: rce@ninthstreetlaw.com


**COUNSEL FOR DEFENDANT BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA**

**/s/ Jeremy David Lindsley**
**Jeremy David Lindsley**
NC Bar No. 26235
NC Department of Justice Education Section
P.O. Box 629
Raleigh, NC 27602
Tel.   919-716-6851
Email: jlindsley@ncdoj.gov


**COUNSEL FOR DEFENDANT THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL BOARD OF TRUSTEES**

**/s/Marla S. Bowman**
**Marla S. Bowman**
NC Bar No. 49097
University of North Carolina at Chapel Hill
123 W. Franklin Street, Suite 600
Chapel Hill, NC 27516
Tel.   919-962-1219
Email: marla_bowman@unc.edu

/s/ **Jeremy David Lindsley**
**Jeremy David Lindsley**
NC Bar No. 26235
NC Department of Justice Education Section
P.O. Box 629
Raleigh, NC 27602
Tel.   919-716-6851
Email: jlindsley@ncdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

---------------------------------------------------------------X
**JACOB DOE**
                   **Plaintiff,**

   **-against-**                                     **No. 1:23-cv-00041**

**THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.**
                   **Defendants.**
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on April 11th, 2023, I electronically filed the foregoing Stipulation and Proposed Order with the Court using the CM/ECF system and, further, that all parties to this action have counsel of record who are registered to receive Notices of Electronic Filing in this action.

                                              /s/ Robert C. Ekstrand    .
                                                Robert C. Ekstrand