UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

------------------------------------------------------------X
**JACOB DOE**
     **Plaintiff,**

 -against-              No. 1:23-cv-00041

**THE UNIVERSITY OF NORTH CAROLINA
SYSTEM, et al.**
     **Defendants.**
------------------------------------------------------------X

## ORDER

   Pursuant to the Stipulation [ECF No. 31] entered into by the Plaintiff, Jacob Doe, and Defendants Board of Governors of the University of North Carolina and University of North Carolina at Chapel Hill Board of Trustees, and for other good cause shown, IT IS HEREBY ORDERED that the above-captioned case shall be amended by correcting the names BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA, incorrectly designated as UNIVERSITY OF NORTH CAROLINA BOARD OF TRUSTEES, and UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL BOARD OF TRUSTEES, incorrectly designated as BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, wherever they appear throughout the record of the case.

   SO ORDERED this _____ day of _____, 2023.

                 _____
                 Martin Reidinger
                 Chief United States District Judge