IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO: 1:23-CV-00041

| | |
|---|---|
| JACOB DOE,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.<br><br>    Defendants. | INDIVIDUAL DEFENDANTS' MOTION TO DISMISS |

    Defendants Kevin Guskiewicz, Elizabeth Hall, Jeremy Enlow, Beth Froehling, Rebecca Gibson, Jaclyn Feeney, David Elrod, and Desirée Rieckenberg ("Individual Defendants"), under to Rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss each of the claims against them.

    In support of this Motion under Rule 12(b)(3), the Individual Defendants rely on the allegations in the Complaint, the accompanying Declarations of Defendants Elizabeth Hall (attached as Exhibit 1), Jeremy Enlow (attached as Exhibit 2), Beth Froehling (attached as Exhibit 3), Rebecca Gibson (attached as Exhibit 4), Jaclyn Feeney (attached as Exhibit 5), David Elrod (attached as Exhibit 6), and Desirée Rieckenberg (attached as Exhibit 7), and the detailed arguments and dispositive authorities contained in their brief in support of this motion.

    In support of the Motion under Rules 12(b)(1), 12(b)(2) and 12(b)(6), the Individual Defendants rely on the allegations in the Complaint, and the detailed arguments and dispositive authorities contained in the brief in support of this motion.

1

WHEREFORE, the Individual Defendants respectfully request that the Court grant this Motion in its entirety and grant any further relief that the Court deems just and proper.

This the 8th day of May, 2023.

        JOSHUA H. STEIN
        Attorney General

        /s/ Jeremy D. Lindsley
        Jeremy D. Lindsley
        Assistant Attorney General
        NC State Bar No. 26235
        jlindsley@ncdoj.gov

        /s/ Kimberly D. Potter
        Kimberly D. Potter
        Special Deputy Attorney General
        NC State Bar No. 24314
        kpotter@ncdoj.gov

        North Carolina Department of Justice
        PO Box 629
        Raleigh, NC 27602
        Tel: 919-716-6920
        Fax: 919-716-6764

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **INDIVIDUAL DEFENDANTS' MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

This the 8th day of May, 2023.

                                      JOSHUA H. STEIN
                                      Attorney General

                                      /s/ Jeremy D. Lindsley
                                      *Attorney for Defendants*

3

Case 1:23-cv-00041-MR   Document 32   Filed 05/08/23   Page 3 of 3