IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO: 1:23-CV-00041

| | |
|---|---|
| JACOB DOE,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.<br><br>    Defendants. | **INDEX OF EXHIBITS IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION TO DISMISS** |

NOW COME Defendants Kevin Guskiewicz, Elizabeth Hall, Jeremy Enlow, Beth Froehling, Rebecca Gibson, Jaclyn Feeney, David Elrod, and Desirée Rieckenberg (the "Individual Defendants"), by and through counsel, and respectfully submit this Index of Exhibits in support of and attached to their Motion to Dismiss, ECF 32, as follows:

1. Exhibit 1, Declaration of Elizabeth Hall;
2. Exhibit 2, Declaration of Jeremy Enlow;
3. Exhibit 3, Declaration of Beth Froehling;
4. Exhibit 4, Declaration of Rebecca Gibson;
5. Exhibit 5, Declaration of Jaclyn Feeney;
6. Exhibit 6, Declaration of J. David Elrod; and
7. Exhibit 7, Declaration of Desirée Rieckenberg.