Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO: 1:23-CV-00041

| | |
|---|---|
| JACOB DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.<br><br>　　　　Defendants. | DECLARATION<br>OF<br>ELIZABETH HALL |

## DECLARATION OF ELIZABETH HALL

I, Elizabeth Hall, hereby declare as follows:

1. I am an adult over age 18, have never been adjudicated incompetent, do not suffer from mental or emotional illness, and make this declaration of my own free will, stating facts of which I have personal knowledge.

2. I am a named defendant in this matter.

3. I am, and at all times referenced in the Complaint was, a citizen and resident of the City of Durham located in Durham County, North Carolina, which I consider to be my usual place of abode where I intend to live, return, and remain indefinitely.

4. I have no residence other than that identified in the preceding paragraph that I consider to be my usual place of abode.

5. Between December 2020-November 2021, I was employed by the University of North Carolina at Chapel Hill (UNC-CH) as its Interim Head of the Equal Opportunity and Compliance Office. Beginning November 2021, I was

1

appointed Associate Vice Chancellor of Equal Opportunity and Compliance for UNC-CH and am currently employed in that capacity.

6. All of the work I performed as an employee of UNC-CH related to the matters set forth in the Complaint occurred in and around Chapel Hill, North Carolina.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27 day of April, 2023.

*C. Elizabeth Hall*

Elizabeth Hall