Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO: 1:23-CV-00041

| | |
|---|---|
| JACOB DOE,<br><br>        Plaintiff,<br><br>  v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.<br><br>        Defendants. | DECLARATION<br>OF<br>REBECCA GIBSON |

## DECLARATION OF REBECCA GIBSON

I, Rebecca Gibson, hereby declare as follows:

1.      I am an adult over age 18, have never been adjudicated incompetent, do not suffer from mental or emotional illness, and make this declaration of my own free will, stating facts of which I have personal knowledge.

2.      I am a named defendant in this matter.

3.      I am, and at all times referenced in the Complaint was, a citizen and resident of the City of Durham located in Durham County, North Carolina, which I consider to be my usual place of abode where I intend to live, return, and remain indefinitely.

4.      I have no residence other than that identified in the preceding paragraph that I consider to be my usual place of abode.

5.      I am employed by the University of North Carolina at Chapel Hill (UNC-CH) as the Director of Report and Response in the Equal Opportunity and Compliance

Office and have been so employed since August 2021.  Prior to that, I was employed as a Report and response coordinator in the same office beginning in October 2015.

6.      All of the work I performed as an employee of UNC-CH related to the matters set forth in the Complaint occurred in and around Chapel Hill, North Carolina.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __25__ day of April, 2023.

_____

Rebecca Gibson