IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO: 1:23-CV-00041

| | |
|---|---|
| JACOB DOE,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.<br><br>    Defendants. | **INDEX OF EXHIBITS<br>IN SUPPORT OF<br>UNC DEFENDANTS'<br>MOTION TO DISMISS** |

NOW COME Defendants the University of North Carolina System ("UNC System"), the Board of Governors of the University of North Carolina ("BOG"), the University of North Carolina at Chapel Hill ("UNC-CH"), and the UNC-CH Board of Trustees ("BOT") (collectively, the "UNC Defendants"), by and through counsel, and respectfully submit this Index of Exhibits in support of their Motion to Dismiss, ECF 34, and attached to their supporting Brief, ECF 35, as follows:

1. Exhibit 1, Policy on Prohibited Sexual Harassment Under Title IX;

2. Exhibit 2, Procedures for Addressing Prohibited Sexual Harassment Under Title IX

3. Exhibit 3, Policy on Prohibited Discrimination, Harassment and Related Misconduct; and

4. Exhibit 4, Student Procedures for Reporting and Responding to

Complaints of Discrimination, Harassment and Related Misconduct involving a Student as the Responding Party.