IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO: 1:23-CV-00041

JACOB DOE,

    Plaintiff,

v.

THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.

    Defendants.

**DEFENDANTS' MOTION FOR CHANGE OF VENUE**

NOW COME Defendants, pursuant to 28 U.S.C. § 1404(a), and hereby move to transfer this case to the United States District Court for the Middle District of North Carolina. In support of this Motion, Defendants show the Court as follows:

1. In the alternative to their Motions to Dismiss under Rule 12(b)(3), ECF 32, 34, Defendants seek to transfer this case to the Middle District of North Carolina under 28 U.S.C. § 1404(a).

2. As further explained in Defendants' accompanying Brief, this matter should be transferred to the Middle District because (1) venue is proper in the Middle District, and (2) the weight of relevant factors heavily favors transfer to the Middle District.

WHEREFORE, Defendants respectfully request that the Court transfer this matter to the United States District Court for the Middle District of North Carolina for all further disposition herein.

This 31st day of July, 2023.

1

JOSH STEIN

Attorney General

/s/ Kimberly D. Potter
Kimberly D. Potter
Special Deputy Attorney General
NC State Bar No. 24314
kpotter@ncdoj.gov

/s/ Adrina G. Bass
Adrina G. Bass
Special Deputy Attorney General
NC State Bar No. 39521
abass@ncdoj.gov

/s/ Jeremy D. Lindsley
Jeremy D. Lindsley
Assistant Attorney General
NC State Bar No. 26235
jlindsley@ncdoj.gov

North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: 919-716-6920
Fax: 919-716-6764

*Attorney for Defendants*


/s/ Marla S. Bowman
Marla S. Bowman
N.C. Bar No. 49097
marla_bowman@unc.edu
Office of University Counsel
University of North Carolina
at Chapel Hill
123 W. Franklin St., Suite 600A
Chapel Hill, NC 27599-9105
Tel: (919) 962-1219

*Attorney for Defendant the University of North Carolina at Chapel Hill*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS' MOTION FOR CHANGE OF VENUE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

This 31st day of July, 2023.

/s/ Jeremy D. Lindsley

Jeremy D. Lindsley
Assistant Attorney General