UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO: 1:23-CV-00041

-----------------------------------------------------------X

JACOB DOE,

                *Plaintiff*,

-against-

THE UNIVERSITY OF NORTH CAROLINA
SYSTEM, et al.,

                *Defendants*.

-----------------------------------------------------------X

    JACOB DOE, hereby declares, subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

    1)    I am the Plaintiff in this action, identified pseudonymously as Jacob Doe.

    2)    I submit this declaration in support of Plaintiff Jacob Doe's Memorandum of Law in Opposition to the Defendants' Motion for Change of Venue.

    3)    My permanent residence is located in Burke County. I understand that Burke County is within the Western District of North Carolina.

    4)    I currently reside at this residence, located in Burke County, North Carolina.

1

5) I entered into a contract with the Morehead Cain Foundation on March 13, 2019, when I executed such contract while at my residence, located in Burke County, North Carolina.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: August 28, 2023

August 28, 2023

/s/ Jacob Doe
Jacob Doe