IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00041-MR-WCM

| | |
|---|---|
| JACOB DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| THE UNIVERSITY OF NORTH ) | |
| CAROLINA SYSTEM, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Notice of Schedule Conflict of Local Counsel and Motion to Amend the Notice of Hearing on Plaintiff's Motion for a Preliminary Injunction" [Doc. 59].

The Plaintiff moves for a continuance of the hearing on the Motion for Preliminary Injunction, which is currently scheduled for November 8, 2023, due to the unavailability of local counsel. [Doc. 59]. Counsel represents that the Defendants do not oppose the requested continuance. [Id.]. The parties present a number of dates in November on which counsel for all parties are able to appear for a rescheduled hearing. [Id.].

For the reasons stated in the motion, and for cause shown, the Court will grant the Plaintiff's motion and continue the hearing of this matter to

November 21, 2023 at 9:00 a.m. The Court construes the Defendants' lack of opposition to a continuance of the preliminary injunction hearing as consent to the extension of the Temporary Restraining Order for a period of thirteen (13) days, to November 21, 2023.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Motion to Amend the Notice of Hearing on Plaintiff's Motion for a Preliminary Injunction" [Doc. 59] is **GRANTED**, and the Defendants shall appear before the United States District Court for the Western District of North Carolina, located at 100 Otis Street, Asheville, North Carolina 28801, Courtroom 1, at **9:00 a.m. on November 21, 2023**, and **SHOW CAUSE** why the Defendants should not be enjoined from any disclosure of Plaintiff John Doe's name and disciplinary records to the press and the public, until a final determination is made in this federal lawsuit.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order entered on October 10, 2023 [Doc. 57] and extended on October 25, 2023 [Doc. 58] is hereby further **EXTENDED** for an additional thirteen (13) days, through and including November 21, 2023.

**IT IS SO ORDERED.** Signed: November 3, 2023

Martin Reidinger
Chief United States District Judge