# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| JACOB DOE<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.<br><br>Defendants. | No. 1:23-cv-00041 |

## ACLU OF NORTH CAROLINA LEGAL FOUNDATION'S AND FREEDOM OF THE PRESS FOUNDATION'S MOTION FOR LEAVE TO AMEND *AMICI CURIAE* BRIEF OPPOSING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

The American Civil Liberties Union of North Carolina Legal Foundation (ACLU-NCLF) and Freedom of the Press Foundation (FPF) respectfully move for leave to amend *amici's* previously accepted *amici* brief opposing Plaintiff Jacob Doe's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF 49). The Court has already accepted *amici's* brief (Text Order, Oct. 10, 2023). *Amici* now seek to update their discussion to reflect the Temporary Restraining Order

1

entered by the Court on October 11 (ECF 57), and the intervening Fourth Circuit decision in *Doe v. Doe*, No. 23-1058 (4th Cir. Oct. 26, 2023). *Amici* request that this Court grant them leave to file the attached amended brief and consider the brief's arguments when deciding whether to grant Plaintiff's Motion for a Preliminary Injunction.

Pursuant to LCvR 7.1(b), proposed amicus informed counsel for the parties of their intent to file this motion on November 13, 2023. Defendants have informed *Amici* that they do not oppose the motion. As of this filing, Plaintiff has yet to state his position on this motion.

Respectfully submitted this 15th day of November 2023 by:

> **ACLU OF NORTH CAROLINA LEGAL FOUNDATION**
>
> /s/ Kristi L. Graunke*
> Kristi L. Graunke
> N.C. State Bar No. 51216
> Ivy Johnson
> N.C. State Bar. No. 52228
> P.O. Box 28004
> Raleigh, NC 27611
> Tel.: (919) 354-5066
> kgraunke@acluofnc.org
> ijohnson@acluofnc.org

*Counsel for Amici Curiae ACLU-NCLF and Freedom of the Press Foundation*

*\*Counsel of record*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was on this day filed in in the Western District of North Carolina using the Clerk's CM/ECF system, which will send notification of this filing to counsel for the parties.

Signed this 15th day of November, 2023

/s/ Kristi Graunke