# UNC-Chapel Hill

# Request 23-446 📂 Open

FILED
ASHEVILLE, NC

NOV 21 2023

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## Dates

**Received**
September 14, 2023 via web

## Requester

👤 Aisha Baiocchi

## Staff Assigned

**Departments**
No departments assigned

**Point of contact**
Public Records Office

## Request

Pursuant of North Carolina Public Records Law § 132-1, I am requesting:

All records and information granted to The Daily Tar Heel in accordance with the North Carolina Supreme Court's ruling in DTH Media Corporation, et al. v. Folt, et al.

This information includes records of any students who have been expelled, suspended or otherwise disciplined by the University for violating university policy for acts of sexual assault and sexual misconduct since the last request for such records on October 15, 2020.

Please provide these documents electronically, preferably in a downloadable spreadsheet. If you deem that these records are not suitable for public release, please cite the specific statute and clause making this so.

Please justify all deletions and redactions with reference to specific exemptions in the state Open Records Act.

I am also requesting that these records be released in as timely a manner as possible. Thank you.

Show less

| Timeline | Documents |
|---|---|

👁 **Request Published**  Public

📂 **Request Opened**  Public

Request received via web

September 14, 2023, 7:11pm by Aisha Baiocchi

FAQS AND CONTACT  HELP  PRIVACY  TERMS  UNC-CHAPEL HILL PUBLIC RECO... **NextRequest**
POWERED BY CIVICPLUS