IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO: 1:23-CV-00041

| | |
|---|---|
| JACOB DOE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.<br><br>Defendants. | NOTICE OF APPEAL |

TO THE HONORABLE CLERK OF COURT:

PURSUANT TO Rules 3 and 4 of the Federal Rules of Appellate Procedure, all Defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit from those parts of the Memorandum of Decision and Order entered March 4, 2024 [ECF 65], denying Defendants' Motions to Dismiss [ECF 32 and 34].

This 2nd day of April, 2024.

JOSHUA H. STEIN

Attorney General

/s/ Lindsay Vance Smith
Lindsay Vance Smith
Deputy Solicitor General
NC State Bar No. 48085
lsmith@ncdoj.gov

/s/ Adrina G. Bass
Adrina G. Bass
Special Deputy Attorney General
NC State Bar No. 39521
abass@ncdoj.gov

/s/ Jeremy D. Lindsley
Jeremy D. Lindsley

Assistant Attorney General
NC State Bar No. 26235
jlindsley@ncdoj.gov

North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: 919-716-6920
Fax: 919-716-6764

*Attorneys for Defendants*

/s/ Marla S. Bowman
Marla S. Bowman
N.C. Bar No. 49097
marla_bowman@unc.edu
Office of University Counsel
University of North Carolina
at Chapel Hill
123 W. Franklin St., Suite 600A
Chapel Hill, NC 27599-9105
Tel: (919) 962-1219

*Attorney for Defendant the University of North Carolina at Chapel Hill*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system, which will notify all registered CM/ECF users of such filing.

This 2nd day of April, 2024.

/s/ Lindsay Vance Smith

Lindsay Vance Smith
Deputy Solicitor General