UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO: 1:23-CV-00041

-------------------------------------------------------------X

JACOB DOE,

                *Plaintiff*,

  -against-

THE UNIVERSITY OF NORTH CAROLINA
SYSTEM, *et al.*,

                *Defendants*.

-------------------------------------------------------------X

## NOTICE OF MEDIATOR DESIGNATION

Pursuant to this Court's Pretrial Order and Case Management Plan [ECF No. 81], the parties have conferred and designate Michael Russell to serve as the mediator in this action. Mr. Russell's contact information is as follows:

    Michael Russell
    Miles Mediation & Arbitration Service
    120 Brentwood Commons Way, Suite 575
    Brentwood, Tennessee 37027
    Tel: (888) 305-3553
    mrussell@milesmediation.com

Dated:      May 29, 2024

                          Respectfully Submitted,

   /s/  *Tara J. Davis*                    /s/ *Dixie Wells*

Andrew Miltenberg
Stuart Bernstein
Tara J. Davis
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001
212-736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
tdavis@nmllplaw.com

and

Robert C. Ekstrand
Ekstrand & Ekstrand, LLP
110 Swift Avenue, Second Floor
Durham, NC 27705
919-416-4590
rce@ninthstreetlaw.com

*Counsel for Plaintiff Jacob Doe*

Dixie Wells
Alex Hagan
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636
919-865-7000
dixie.wells@elliswinters.com
alex.hagan@elliswinters.com

Jeremy David Lindsley
NC Department of Justice
P.O. Box 629
Raleigh, NC 27602
919-716-6851
jlindsley@ncdoj.gov

Lindsay Vance Smith
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
919-716-6400
lsmith@ncdoj.gov

Kimberly D. Potter
N.C. Department of Justice
114 West Edenton St.
Raleigh, NC 27603
919-716-6920
kpotter@ncdoj.gov

Adrina Greenlee Bass
NC Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-0322
abass@ncdoj.gov

*Counsel for Defendants*