

**NESENOFF & MILTENBERG LLP**
New York | Boston | Palo Alto

ATTORNEYS AT LAW

nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein

Tara J. Davis
Gabrielle M. Vinci
Christine Brown
Kara L. Gorycki

Barbara H. Trapasso
Robert Kaftari
Adrienne D. Levy
Kristen Mohr
Helen Setton
Rodman Streicher
Kimberly Courtney

Susan E. Stark
Nicole Hoehle
Regina M. Federico
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

February 14, 2025

**VIA ECF**

Chief Judge Martin Reidinger
United States District Court
Western District of North Carolina (Asheville)
200 U.S. Courthouse Building
100 Otis Street
Asheville, NC 28801

> **Re:** **Jacob Doe v. The University of North Carolina System, *et al.*; 1:23-cv-00041**

Dear Judge Reidinger,

The undersigned has been counsel to the Plaintiff, Jacob Doe, since the commencement of this action in February of 2023. We write to bring the Court's attention to a misnomer contained in the recent Notice of Substitution of Counsel filing (the "Notice") submitted on behalf of the Plaintiff. (ECF No. 91) The Notice inaccurately declares that Andrew Miltenberg, Stuart Bernstein, and Tara Davis, of Nesenoff & Miltenberg LLP, "hereby withdraw as counsel of record." This is a misrepresentation to the Court, as the undersigned has not withdrawn, but was instead notified on February 12 that we are being terminated. In fact, we have yet to receive a formal termination notice from the client, Jacob Doe, directly. We respectfully request that the Notice be revised accordingly.

Respectfully submitted,

*Andrew T. Miltenberg*

Andrew T. Miltenberg
Stuart Bernstein
Tara J. Davis