IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00041-MR

| | |
|---|---|
| JACob DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| THE UNIVERSITY OF NORTH ) | |
| CAROLINA SYSTEM, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Reconsider Denial of Motion for Extension of Time. [Doc. 95]. The Defendants do not oppose the Plaintiff's Motion.

Upon review of the Plaintiff's Motion, and for cause shown, the Court will grant the requested relief and modify the Pretrial Order and Case Management Plan accordingly.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Unopposed Motion for Extension of Time [Doc. 95] is **GRANTED**, and the deadlines set forth in the Pretrial Order and Case Management Order [Doc. 81] previously entered in this matter are hereby **EXTENDED** as follows:

| | |
|---|---|
| Expert Reports | April 14, 2025 |
|   --Party w/ Burden | |
|   --Responsive | May 15, 2025 |
|   --Rebuttal | June 16, 2025 |
| Discovery | August 1, 2025 |
| Mediation | August 15, 2025 |
| Motions Deadline | August 29, 2025 |
| Trial | 1st Trial Term on or after January 12, 2026 |

**IT IS SO ORDERED.**

Signed: March 7, 2025

Martin Reidinger
Chief United States District Judge