FILED: April 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1301
(1:23-cv-00041-MR)

_____

JACOB DOE

        Plaintiff - Appellee

v.

THE UNIVERSITY OF NORTH CAROLINA SYSTEM; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL BOARD OF TRUSTEES, f/k/a University of North Carolina Board of Trustees; BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA; LEE H. ROBERTS, f/k/a Kevin Guskiewicz, in his official capacity; ELIZABETH HALL, individually and in her official capacity; JEREMY ENLOW, individually and in his official capacity; BETH FROEHLING, individually and in her official capacity; REBECCA GIBSON, individually and in her official capacity; JACLYN FEENEY, individually and in her official capacity; DAVID ELROD, individually and in his official capacity; DESIREE RIECKENBERG, individually and in her official capacity

        Defendants - Appellants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is affirmed in part and reversed in part. The appeal is dismissed in part.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK