# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
### Case No. 1:23-cv-00041-MR

| | |
|---|---|
| JACOB DOE,<br><br>　　Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.,<br><br>　　Defendants. | **DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT JACQUELINE WERNZ** |

　　Defendants—the University of North Carolina System, the University of North Carolina at Chapel Hill ("UNC-CH"), the University of North Carolina at Chapel Hill Board of Trustees, the Board of Governors of the University of North Carolina, (the "UNC Defendants"), Lee Roberts, Elizabeth Hall, Jeremy Enlow, Beth Froehling, Rebecca Gibson, Jaclyn Feeney, David Elrod, and Desirée Rieckenberg, (the "Individual Defendants")—move under Federal Rule of Evidence 702 and <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993) to exclude the opinions of Plaintiff Jacob Doe's expert Jacqueline Wernz.

　　The grounds for this Motion are set forth in the accompanying Brief in Support.

Pursuant to Local Civil Rule 7.1(b), undersigned counsel certifies that counsel for Plaintiff and counsel for Defendants have conferred regarding this motion and Plaintiff opposes this motion.

This the 12th day of September, 2025.

**ELLIS & WINTERS LLP**

/s/Dixie T. Wells
Alex J. Hagan
N.C. State Bar No. 19037
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
alex.hagan@elliswinters.com

Dixie T. Wells
N.C. State Bar No. 26816
P.O. Box 2752
Greensboro, North Carolina 27402
Telephone: (336) 217-4197
Facsimile: (336) 217-4198
dixie.wells@elliswinters.com

**JEFF JACKSON**
**ATTORNEY GENERAL**

Lindsay Vance Smith
N.C. State Bar No. 48085
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6920
Facsimile: (919) 716-6764
lsmith@ncdoj.gov

Counsel for All Defendants

**UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL**

Marla Spector Bowman
N.C. State Bar No. 49097
123 W. Franklin Street, Suite 600
Chapel Hill, NC 27516
Telephone: (919) 962-1219
marla_bowman@unc.edu

Counsel for Defendant University of North Carolina at Chapel Hill