# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# DOCKET NO. 1:23-CV-0041

# CORRECTED APPENDIX OF DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# NOT TO BE SEALED

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# DOCKET NO. 1:23-CV-0041

## CORRECTED APPENDIX OF DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

## **NOT TO BE SEALED**

| Appx. | Description |
|---|---|
| 5 | PPDHRM procedures |
| 11 | Ekstrand's objection to Panelist Maxine Eichner |
| 12 | Enlow deposition excerpt on the opposite sex panel |
| 13 | Hall request to consolidate other Roe cases |
| 14 | Ekstrand's denial of the consolidation request |
| 15 | Ekstrand depo. pp. 60-61- Hall agreed to exclude other Roe matters |
| 20 | Doe's polygraph results, Roes 1-4 |
| 21 | Q&A from DOE |
| 33 | PPDHRM regulations |
| 39 | Elrod doesn't remember the call with Ekstrand on credibility |
| 40 | Ekstrand's recording of Elrod phone call |
| 41 | Excerpt from Ekstrand depo., p. X Elrod didn't know PPDHRM |
| 46 | Ekstrand depo, 199-200, Doe in New Hampshire |
| 47 | Vacating the fraternity house. |
| 49 | Resolution of OCR Complaint |
| 50 | Daily Tarheel Article |
|  |  |
|  |  |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading was served upon all other parties to this action or their attorneys of record by using the ECF filing system and/or email and addressed as follows:

Dixie Thomas Wells Dixie.wells@elliswinters.com
Alex John Hagan Alex.hagan@elliswinters.com
Kimberly D. Potter kpotter@ncdoj.gov
Jeremy David Lindsley jlindsley@ncdoj.gov
Lindsey Vance Smith lsmith@ncdoj.gov
Marla Spector Bowman marla_bowman@unc.edu

This the 12th day of September 2025.

/s/ Fred W. DeVore, III
Fred W. DeVore, III
DAS Law Group, PA
438 Queens Road
Charlotte, NC 28207
(704) 377-5242
(704) 332-2825 *facsimile*
NC State Bar #10308
*Attorney for Plaintiff*
fdevore@daslawgroup.com

/s/ Raboteau T. Wilder, Jr.
Raboteau T. Wilder, Jr.
Wilder Law, PLLC
3501 Monroe Road
Charlotte, NC 28205
(704) 342-2243 telephone
NC State Bar #5891
*Attorney for Plaintiff*
rob@wilderlawgroup.com