IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:23-cv-00041-MR

| | |
|---|---|
| JACOB DOE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.,<br><br>Defendants. | **DEFENDANTS' RPC 1.12 NOTICE** |

Counsel for Defendants the University of North Carolina System, the University of North Carolina at Chapel Hill, the University of North Carolina at Chapel Hill Board of Trustees, the Board of Governors of the University of North Carolina, Lee Roberts, Elizabeth Hall, Jeremy Enlow, Beth Froehling, Rebecca Gibson, Jaclyn Feeney, David Elrod, and Desirée Rieckenberg provide this notice pursuant to Rule 1.12 of the North Carolina Rules of Professional Conduct ("RPC 1.12").

Defendants' counsel of record, Ellis & Winters LLP (the "Firm"), has hired Jacob Stewart, who completed a clerkship with the judge presiding in

this action during the time this action was pending.  The Firm's employment of Mr. Stewart implicates RPC 1.12.

In an abundance of caution, the Firm is proceeding under the assumption that Mr. Stewart would be disqualified from participating in the Firm's representation of the Defendants in this action pursuant to RPC 1.12(a).  Operating under that assumption, the Firm has taken steps contemplated by RPC 1.12(c).  In accordance with RPC 1.12(c)(1), the Firm has screened Mr. Stewart from this action.  In particular, it has provided notice to those working on the matter that they are not to discuss the matter with Mr. Stewart.  Likewise, the Firm has provided notice to Mr. Stewart that he is not to discuss this action with others in the Firm.  The Firm has also instructed its personnel working on this action to ensure that Mr. Stewart does not have access to any files that relate to the matter.

Defendants' counsel is providing other counsel of record with this notice via the Court's CM/ECF System.

This the 25th day of September, 2025.

**ELLIS & WINTERS LLP**

/s/Dixie T. Wells_____
Alex J. Hagan
N.C. State Bar No. 19037
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
alex.hagan@elliswinters.com

Dixie T. Wells
N.C. State Bar No. 26816
P.O. Box 2752
Greensboro, North Carolina 27402
Telephone: (336) 217-4197
Facsimile: (336) 217-4198
dixie.wells@elliswinters.com

**JEFF JACKSON**
**ATTORNEY GENERAL**

Lindsay Vance Smith
N.C. State Bar No. 48085
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6920
Facsimile: (919) 716-6764
lsmith@ncdoj.gov

Counsel for All Defendants

**UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL**

Marla Spector Bowman
N.C. State Bar No. 49097
123 W. Franklin Street, Suite 600
Chapel Hill, NC 27516
Telephone: (919) 962-1219
marla_bowman@unc.edu

Counsel for Defendant University of North Carolina at Chapel Hill