THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00041-MR

| | |
|---|---|
| JACOB DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| THE UNIVERSITY OF NORTH ) | |
| CAROLINA SYSTEM, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court sua sponte.

On November 21, 2025, the Court directed the parties to refile their dispositive motions in accordance with the Court's guidance regarding the use of pseudonyms and redactions. [Doc. 164]. The Court also informed the parties that it would enter an amendment to Section IX.C of the Joint Confidentiality and Protective Order [Doc. 89] to reflect the Court's determination that the only individuals who may proceed under pseudonym in this matter are the Plaintiff Jacob Doe and Roes 1-4. [Doc. 164 at 2 n.1].

Accordingly, Section IX.C of the Joint Confidentiality and Protective Order is hereby amended as follows:

> If any Party to this Protective Order wishes to show
> materials containing names of the people identified

in the Complaint as Jacob Doe or Roes 1-4 to any third parties or to file those materials with the Court, then before doing so, the Party who wishes to show or file the materials (regardless of whether that is the Party who produced the materials originally) must redact the true names of the people identified as Jacob Doe or Roes 1-4 and insert the pseudonym of that person over the redaction. The Parties may not refer to any other individual by pseudonym in this matter.

## **O R D E R**

**IT IS, THEREFORE, ORDERED** that Section IX.C of the Joint Confidentiality and Protective Order [Doc. 89] is **HEREBY AMENDED** in accord with this Order.

**IT IS SO ORDERED.**

Signed: November 24, 2025

Martin Reidinger
Chief United States District Judge