UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:23-CV-0041

JACOB DOE,

      Plaintiff,

v.

THE UNIVERSITY OF NORTH
CAROLINA SYSTEM, et al.

      Defendants.

**PLAINTIFF'S CERTIFICATION
REGARDING AI**

NOW COMES COUNSEL FOR THE PLAINTIFF, who submits the

following certification regarding Plaintiff's Memo in Support of Motions in Limine

[Doc 193]:

## <u>CERTIFICATION REGARDING AI PLATFORMS</u>

1. No artificial intelligence was employed in doing the research for the

preparation of this document, with the exception of such artificial intelligence

embedded in the standard on-line legal research sources Westlaw, Lexis,

FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this

document has been checked by an attorney in this case and/or a paralegal

working at his/her direction ( or the party making the filing if acting pro se) as

to the accuracy of the proposition for which it is offered, and the citation to

1

authority provided.

Respectfully, this the 10th day of April, 2026.

/s/ Fred W. DeVore, III
Fred W. DeVore, III
DAS Law Group
438 Queens Road
Charlotte, NC 28207
(704) 377-5242
(704) 332-2825 *facsimile*
NC State Bar #10308
*Attorney for Plaintiff*
*fdevore@daslawgroup.com*

2

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing pleading was served upon all other parties to this action or their attorneys of record pursuant to Fed. R. Civ. P. 5 and/or by US Postal Service and email as follows:

Alex J. Hagan
P.O. Box 33550
Raleigh, NC 27636
alex.hagan@elliswinters.com

Dixie T. Wells
P.O. Box 2752
Greensboro, North Carolina 27402
dixie.wells@elliswinters.com

Lindsay Vance Smith
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
lsmith@ncdoj.gov

Marla Spector Bowman
123 W. Franklin Street, Suite 600
Chapel Hill, NC 27516
marla_bowman@unc.edu

Respectfully, this the 10th day of April, 2026.

/s/ Fred W. DeVore, III
Fred W. DeVore, III
DAS Law Group
438 Queens Road
Charlotte, NC 28207
(704) 377-5242
(704) 332-2825 *facsimile*
NC State Bar #10308
*Attorney for Plaintiff*
*fdevore@daslawgroup.com*

3