# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## DOCKET NO. 1:23-CV-0041

| | |
|---|---|
| JACOB DOE,<br><br>     Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL BOARD OF TRUSTEES, f/k/a University of North Carolina Board of Trustees; BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA; LEE H. ROBERTS, f/k/a Kevin Guskiewicz, in his official capacity; ELIZABETH HALL, individually and in her official capacity; JEREMY ENLOW, individually and in his official capacity; BETH FROEHLING, individually and in her official capacity; REBECCA GIBSON, individually and in her official capacity; JACLYN FEENEY, individually and in her official capacity; DAVID ELROD, individually and in his official capacity; DESIREE RIECKENBERG, individually and in her official capacity,<br><br>    Defendants. | **JOINT STIPULATIONS** |

Plaintiff and Defendants by and through their undersigned counsel, hereby stipulate and agree as follows:

1

1. On the first day of trial, the jury will be told the name of Jacob Doe. During the course of the trial, if there is a reference made to "Jacob Doe," it is referring to the person whose name will be provided on the first day of trial, who is the Plaintiff in this matter.

2. On the first day of trial, the jury will be told the name of Jane Roe 1. During the course of the trial, if there is a reference made to "Jane Roe 1," it is referring to the person whose name will be provided on the first day of trial.

3. On the first day of trial, the jury will be told the name of Jane Roe 2. During the course of the trial, if there is a reference made to "Jane Roe 2," it is referring to the person whose name will be provided on the first day of trial.

4. On the first day of trial, the jury will be told the name of Jane Roe 3. During the course of the trial, if there is a reference made to "Jane Roe 3," it is referring to the person whose name will be provided on the first day of trial.

5. On the first day of trial, the jury will be told the name of Jane Roe 4. During the course of the trial, if there is a reference made to "Jane Roe 4," it is referring to the person whose name will be provided on the first day of trial.

6. At all times relevant to this action, UNC-CH was a recipient of federal financial assistance within the meaning of Title IX, 20 U.S.C. 1681(a), and was an educational institution to which Title IX applies.

2

This the 21st day of April 2026.

/s/ Fred W. DeVore, III
Fred W. DeVore, III
DAS Law Group, PA
438 Queens Road
Charlotte, NC 28207
(704) 377-5242
(704) 332-2825 *facsimile*
NC State Bar #10308
*Attorney for Plaintiff*
*fdevore@daslawgroup.com*

/s/ Raboteau T. Wilder, Jr.
Raboteau T. Wilder, Jr.
Wilder Law, PLLC
3501 Monroe Road
Charlotte, NC 28205
(704) 342-2243 telephone
NC State Bar #5891
*Attorneys for Plaintiff*
*rob@wilderlawgroup.com*

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
P.O. Box 2752
Greensboro, North Carolina 27402
Telephone: (336) 217-4197
Facsimile: (336) 217-4198
dixie.wells@elliswinters.com
counsel for All Defendants

3