UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:23-CV-0041

| | |
|---|---|
| JACOB DOE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al,<br><br>Defendants. | **QUALIFICATIONS OF PLAINTIFF'S EXPERTS** |

NOW COMES THE PLAINTIFF, identifying qualifications of Dr. Matthew Gaskins and Jacqueline Wernz as experts in the above-entitled action. In support, counsel shows as follows:

**DR. MATTHEW GASKINS**

1. Dr. Gaskins was previously identified as an expert for the plaintiff in prior expert designations;

2. Dr. Gaskins is a Board Certified Forensic and General Psychiatrist who has evaluated Jacob Doe and any psychological trauma resulting from the events described in the complaint;

3. A copy of his CV is attached hereto as Exhibit A.

## JACQUELINE WERNZ

4. Jacqueline Wernz was previously identified as an expert for the plaintiff in prior expert designations;

5. Jacqueline Wernz is an attorney and expert in the fields of school administration and school compliance with the requirements of Federal civil rights laws, including Title IX.

6. A copy of her CV is attached hereto as Exhibit B.

Respectfully submitted, this the 5th day of May, 2026.

/s/ Fred W. DeVore, III
Fred W. DeVore, III
DAS Law Group
438 Queens Road
Charlotte, NC 28207
(704) 377-5242
(704) 332-2825 *facsimile*
NC State Bar #10308
*Attorney for Plaintiff*
*fdevore@daslawgroup.com*

/s/Raboteau T. Wilder, Jr.
Raboteau T. Wilder, Jr.
Wilder Law, PLLC
3501 Monroe Road
Charlotte, NC 28205
(704) 342-2243 telephone
NC State Bar #5891
*Attorneys for Plaintiff*
*rob@wilderlawgroup.com*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading was served upon all other parties to this action or their attorneys of record pursuant to Fed. R. Civ. P. 5 and/or by US Postal Service and email as follows:

Alex J. Hagan
P.O. Box 33550
Raleigh, NC 27636
alex.hagan@elliswinters.com

Dixie T. Wells
P.O. Box 2752
Greensboro, North Carolina 27402
dixie.wells@elliswinters.com

Lindsay Vance Smith
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
lsmith@ncdoj.gov

Marla Spector Bowman
123 W. Franklin Street, Suite 600
Chapel Hill, NC 27516
marla_bowman@unc.edu

Respectfully submitted, this the 5th day of May, 2026.

/s/ Fred W. DeVore, III
Fred W. DeVore, III
DAS Law Group
438 Queens Road
Charlotte, NC 28207
(704) 377-5242
(704) 332-2825 *facsimile*
NC State Bar #10308
*Attorney for Plaintiff*
*fdevore@daslawgroup.com*

/s/Raboteau T. Wilder, Jr.
Raboteau T. Wilder, Jr.
Wilder Law, PLLC
3501 Monroe Road
Charlotte, NC 28205
(704) 342-2243 telephone
NC State Bar #5891
*Attorneys for Plaintiff*
*rob@wilderlawgroup.com*