PLAINTIFF'S EXHIBIT
B

**Jacqueline Gharapour Wernz**

**ECR Solutions PLLC**

**5706 E. Mockingbird Lane #115-36**

**Dallas, Texas 75206**

**Phone: 469–453–0020**

**Email: jackie@educationcivilrights.com**



# Curriculum Vitae

## EDUCATION

**THE UNIVERSITY OF VIRGINIA SCHOOL OF LAW,** Charlottesville, VA
J.D., top 25% of class, May 2007

- Full Merit Scholarship (Hardy Cross Dillard Scholar)
- *Virginia Law Review* (Editorial Board Member)
- Research Assistant (James E. Ryan, Education Law)

**UNIVERSITY OF ARKANSAS LITTLE ROCK,** Little Rock, AR
B.A. English, B.A. History, and B.A. French, *summa cum laude*, May 2004

- Full Merit Scholarship (Donaghey Scholars Program)

## PROFESSIONAL EXPERIENCE

**ECR SOLUTIONS PLLC**, Dallas, Texas
Civil Rights Consultant & Attorney, March 2024–Present

- Advise K–12 school districts, colleges, universities, and other youth-serving and educational organizations on education and employment matters, with a focus on civil rights and civil liberties risk management, compliance, and institutional response
- Provide strategic guidance on the application of federal, state, and local civil rights requirements and constitutional principles, including nondiscrimination (harassment and retaliation), sexual assault and violence response, grievance procedures, trauma-informed practices, employment practices and personnel actions, campus safety and reporting obligations, accessibility issues and accommodations for disability, pregnancy/parenting, and religion, athletics equity, due process, free speech and religious expression, and state and federal laws restricting equity-related practices

- Support institutions in designing, reviewing, and updating policies, procedures, and practices to align with civil rights and civil liberties obligations, regulatory expectations, and operational realities
- Guide institutional responses to internal and external reports and complaints, including evaluation, interim measures, resolution pathways, cross-office coordination, and advising senior leadership in sensitive or high-impact matters
- Conduct program and compliance audits, including proactive, institution-initiated reviews and externally mandated audits by federal and state agencies
- Advise on, lead, and independently conduct evaluations, investigations, informal resolutions, hearings and decisions, and appeals, including in complex and high-profile matters
- Design and deliver training for administrators, faculty, staff, legal counsel, and other stakeholders on civil rights and civil liberties compliance, institutional responsibilities, and effective investigation and decision-making practices, including developing authoritative training content and providing nationwide instruction to thousands of school and university administrators on Title IX regulatory changes and institutional implementation since 2020
- Develop practical tools, resources, and implementation strategies to help institutions operationalize legal requirements, align practice with policy, and reduce risk and harm, including widely used Title IX implementation toolkits designed to translate post-2020 and post-2024 regulatory changes into clear, workable institutional processes
- Advise on the intersection of civil rights law and other education, labor, and employment law obligations, helping institutions navigate overlapping legal, regulatory, and operational frameworks

**THE UNIVERSITY OF IDAHO**, Moscow, Idaho (Remote)
Acting Director, Office of Civil Rights and Investigations, Title IX Coordinator, ADA Coordinator, March 2024–July 2025
Interim Director, Interim Title IX Coordinator, Interim ADA Coordinator (contract through Thompson & Horton LLP), June 2023–March 2024

- Coordinated institution-wide compliance with federal and state civil rights statutes, constitutional requirements, and University policies and procedures prohibiting discrimination, harassment, retaliation, and related misconduct affecting students, staff, faculty, or visitors for Idaho's land-grant, primary research university, serving approximately 12,000 enrolled students and 2,300 employees
- Oversaw or conducted evaluations, investigations, and adjudications of reports from initial intake through final resolution
- Developed, implemented, or supervised individualized case-management plans for reported matters, including the identification and recommendation of supportive measures, interim actions, emergency removals, or administrative leaves as permitted by law
- Coordinated the implementation of supportive measures and remedies in matters resolved through formal or informal processes, working closely with relevant offices and departments across the University

- Trained and supervised external and internal investigators, decision-makers, appellate decision-makers, and informal resolution facilitators
- Oversaw the University's electronic civil rights case-management system and ensured proper documentation, record retention, and confidentiality
- Led proactive and preventative efforts to reduce the risk of civil rights and civil liberties violations and to promote ongoing compliance with laws and requirements through written guidance, training, audits and assessments, and data analysis
- Reviewed, evaluated, and recommended updates to University policies and procedures governing civil rights and civil liberties matters
- Collaborated with campus partners to support related compliance obligations, including campus safety reporting requirements and the provision of accommodations for pregnancy and related conditions, disability, and religious observance
- Monitored legal and regulatory developments and advised University leadership on obligations arising under federal and state civil rights laws and constitutional principles, including nondiscrimination, equal protection, due process, and related statutory and regulatory frameworks

**THOMPSON & HORTON LLC**, Dallas, Texas
Partner, August 2021–March 2024

- See bullet points under ECR Solutions PLLC, above

**FRANCZEK P.C.**, Chicago, Illinois
Associate, 2009–2014, Partner, 2015–2016, 2018–2021

- See bullet points under ECR Solutions PLLC, above

**U.S. Department of Education, Office for Civil Rights (OCR)**, Chicago, Illinois
Civil Rights Attorney & Investigator, 2016–2018

- Timely managed a large, diverse caseload of complaints alleging discrimination and retaliation under federal civil rights laws, including handling a large caseload of Title IX cases addressing responses of schools, colleges, and universities to complaints of discrimination, including sexual harassment, sexual assault and violence, sex-based bullying, and equity in athletics, and retaliation under Title IX and other civil rights laws for schools, colleges, and universities
- Assisted parties regarding the nature of their rights and the OCR investigation process, including assisting complainants in understanding pertinent legal standards and possible remedies, describing to complainants what information OCR needs to open an investigation of an allegation, and crafting and refining complaint allegations with complainants
- Evaluated, investigated, negotiated resolution of, prepared letters of findings for, and monitored educational institutions' compliance with agreements resolving complaints in cases

**Winston & Strawn**, Chicago, Illinois
Associate Attorney, 2008–2009

- Participated in complex commercial litigation defense at trial and appellate levels
- Served on the firm's higher education committee

**Hogan & Hartson (now Hogan Lovells)**, Washington, D.C.
Associate Attorney, 2007–2008

- Completed rotations in the education practice group, the appellate and labor and employment practice groups, and the community services division (CSD)
- Participated in complex commercial and educational litigation defense at trial and appellate levels, including a class-action lawsuit under Title VI of the Civil Rights Act of 1964

## PUBLICATIONS

My recent publications include:

- Sole blogger for the Education Civil Rights blog, www.educationcivilrights.com/blog (March 2024–Present)
- "ECR Cross-Post: Title IX, Sex, and Gender Identity: Chaos or Calculation?" AASA, the School Superintendents' Association (February 2025)
- "ECR Cross Post: It's 2025, but the 2020 Title IX Rule is Back," AASA, the School Superintendents' Association (January 2025)
- "Guest Post: Title IX- Navigating Delays from State Lawsuit Victories," AASA, the School Superintendents' Association (June 2024)
- "The Case of the Profane Cheerleaders: The lessons of Mahanoy and student speech," American School Board Journal (August 2022)
- "Top Five Things Superintendents Should Know About the Proposed Title IX Rules," The Leading Edge Blog: Policy and Advocacy, AASA, the School Superintendents' Association (July 2022)
- "K–12 Timing of Cases: A Special Guest Blog by Jackie Gharapour Wernz," Association of Title IX Administrators (ATIXA) Blog (June 2022)
- Principal blogger and editor of the Title IX Tips blog, available at www.titleIXtips.com (October 2021–March 2021)
- Principal blogger and editor of Title IX Insights blog, available at www.titleIXinsights.com (October 2019–July 2021)
- "It's Time for Title IX: New Rule, New Regime," Illinois Bar Journal (September 2020)

I am a regular contact for national reporters covering Title IX, civil rights, and equity issues and have been quoted in The New York Times, The Wall Street Journal, The Atlantic, NBC News (online), Bloomberg Law, Chicago Tribune, Education Dive, Reason, The Center Square, and JD Supra Beacon Insights.

## SPEAKING AND PUBLIC APPEARANCE HISTORY

Jackie's speaking engagements include:

- "Navigating Controversy: Complex Title IX Issues in K–12 Settings – A Panel Discussion," ATIXA Annual Conference (October 2025) (panelist)
- "A Whole New World: Navigating the Civil Rights Landscape in K–12," AASPA Annual Conference (October 2025) (with Holly McIntush, Thompson & Horton)
- "Legal Speed Dating: Issue Spotting and Avoiding Liability," AASPA Annual Conference (October 2025) (with Holly McIntush, Thompson & Horton)
- "What the Heck Is Going On with Title IX?" NSAA Annual Conference (October 2025) (with Beth Gellmann-Beer and Amy Niedzalkoski, Evergreen Compliance Solutions)
- "What Do Education Leaders Need to Know About the Department of Education's New Guidance on Race and Civil Rights?" Brookings Institution Webinar (April 2025) (panelist)
- "Navigating Compliance—AASPA Experts Answer," AASPA Webinar (April 2025)
- "OCR March Madness with Jackie Wernz," *The Title IX and Civil Rights Podcast*, Dan Schorr LLC (March 2025)
- "Best Practices When Working with OCR," National Association of College and University Attorneys Higher Education Discrimination Law Conference (March 2025) (panelist)
- "Title IX in Tumult: What Personnel Administrators Should Know Now," AASPA Webinar (February 2025)
- "How to Nail Your Next Personnel Investigation," Oregon School Personnel Association Winter Conference (February 2025)
- "Dissecting Trump's First Executive Orders with Jackie Wernz," *The Title IX and Civil Rights Podcast*, Dan Schorr LLC (January 2025)
- "Linda McMahon Nominated to Lead the Education Department," *The Title IX and Civil Rights Podcast*, Dan Schorr LLC (November 2024)
- "Civil Rights Legal Update," AASPA Virtual Legal Summit (November 2024)
- "Get Your Training On! Required Training Under the New Title IX Rules," AASPA Annual Conference (October 2024)
- "Investigation Nation: How to Nail Your Next Personnel Investigation," AASPA Annual Conference (October 2024)
- "Bridging the Gaps: Navigating Title IX's Intersection with HR, Special Education, and Beyond in K–12 Schools," ATIXA Annual Conference (October 2024) (panelist)
- "Federal Compliance Update," Dallas Bar Association Education Law Section (September 2024)
- "PEP Talk, Episode 31: The 2024 Title IX Regulations," AASA Podcast (June 2024)
- "Injunction Junction, What's Your Function?" *The Title IX and Civil Rights Podcast*, Dan Schorr LLC (June 2024)
- "Everything You Need to Know About the New Title IX Regulations," AASA Webinar (May 2024)
- "The New Title IX Rules—Investigation Process and Hypothetical Examples," NSAA Webinar (May 2024)

- “Changes Ahead: The Impact of Regulatory Developments on the Practice of Special Education Law,” LRP Special Education School Attorneys Conference (May 2024)
- “The New Title IX Rules,” NSAA Webinar (April 2024)
- “The Tortured Title IX Department: The ‘New’ 2024 Title IX Rule,” ECR Solutions PLLC (April 2024)
- “Land of Confusion,” *The Title IX and Civil Rights Podcast*, Dan Schorr LLC (July 2024)
- “Title IX, the New Regulations, and Tips on Responding to a Title IX Lawsuit,” NSAA First Annual Conference (October 2023)
- “ADA Update: What Employers Need to Know in 2023,” AASPA Annual Conference (October 2023)
- “What You Don’t Know Might Hurt You: Essential Title IX Updates for School Personnel Administrators,” AASPA Annual Conference (October 2023)
- “Transgender Rights: Tips, Tricks, and Traps for School Personnel Administrators,” AASPA Personnel Administrators Boot Camp (August 2023)
- “The School Administrator’s Title IX Game Plan for the New School Year,” AASA Webinar (July 2023)
- “The Administrator’s Essential Guide to the Current State of Title IX,” AASA & ASBO Legislative Advocacy Conference (July 2023)
- “The Essential Federal Guidance and Regulatory Update for School Leaders,” American Association of School Administrators National Conference on Education (February 2023) (prepared written materials)
- “Title IX and Special Education: Consultation for the Win,” Texas Council of Administrators of Special Education Great Ideas Conference (February 2023)
- “My Employee Did What? Employee Discipline,” AASPA Personnel Administrators Boot Camp & Virtual Legal Summit (February 2023)
- “How Can We Get More Participation in Our Informal Resolution Programs?” New Era ADR Webinar (October 2022) (panelist)
- “Plenary Panel: Title IX at 50: Past, Present, and Future,” Education Law Association Annual Conference (November 2022) (panelist)
- “Title IX Redesigned, Again!” North Dakota School Boards Association Conference (October 2022)
- “Title IX Compliance Certification Training,” Oregon School Personnel Association Fall Summit (October 2022)
- “K–12 Intake: Processes and Policies to Stop Over-Identification of Conduct as Title IX,” ATIXA Annual Conference (October 2022) (panelist)
- “Staff, Sex, and Schools: Hot Legal Issues Involving School Personnel Sexual Harassment,” AASPA Annual Conference (October 2022)
- “AASPA Diversity, Equity & Inclusion Summit: ‘Getting It Right—Avoiding Legal Pitfalls in Implementation,’” AASPA Summit (April 2022)
- “The Impact of Title IX on Special Education,” LRP National Institute on Legal Issues of Educating Individuals with Disabilities, Kentucky International Convention Center (April 2022)
- “Breaking Bad: Ethically Dealing with ‘Bad’ Behavior During Special Education Disputes,” LRP Special Education School Attorneys Conference (February 2022)
- “The New OCR: Update on a Different Approach to Disability Cases,” LRP Special Education School Attorneys Conference (February 2022)

- "Title IX: The First 50 Years," University of Texas 37th Annual School Law Conference (February 2022)
- "Free Speech Doesn't Mean Hate Speech—Preventing Harassment and Bullying," Minnesota School Law Conference (November 2021)
- "Title IX and Educator Misconduct" and "Diversity, Equity, Inclusion, and Belonging and 'CRT' Laws," Education Law Association 67th Annual Conference (October 2021)
- "The New Title IX: Considerations for Education Attorneys," Chicago Bar Association Education Committee Annual Seminar (March 2021)
- "Title IX T.E.A.M. (Title IX Educational Administrators Meetup)"—Founder and host of Franczek P.C.'s monthly meetup for Title IX leaders and administrators (July 2020–July 2021)
- "The First 90 Days of the Biden/Harris Administration and the Future of Special Education," LRP National Institute (April 2021)
- "Advisors in Title IX Investigations: Legal, Regulatory, and Public Policy Considerations," Ankura Webinar (July 2020)
- "The New Title IX: Unexpected Consequences for K–12 Labor & Employment," AASPA Webinar (June 2020)
- "Technology & Special Education," LRP National Institute (May 2020)
- "Attorney Ethics in Investigations," LRP National Institute (May 2020)
- "Title IX Fundamentals for K–12 Personnel Administrators," Illinois Association of School Personnel Administrators Annual Conference (January 2020)
- "Title IX Legal Overview," ED-RED Meeting (June 2019)
- "Too Close for Comfort? Risky Relationships in Schools," AASPA Annual Conference (October 2019)
- "Top Legal Trends and Sticky Human Resources Situations to Know in 2019," AASPA Annual Conference (October 2019)
- "Title IX and Employee Rights: The Hidden Risks Every Administrator Should Know," ATIXA West Coast Annual Conference (October 2019)
- "Social Media and Special Education," LRP Attorney Conference (January 2016)

This is not an exhaustive list of my speaking events and appearances.

**PROFESSIONAL SERVICE**

I have served on the following boards and committees:

- National School Attorneys Association (NSAA)—Founding Board Member (2023–Present)
- School District Attorney Committee, AASA, The School Superintendents Association—Chair (2024–Present)
- Council of School Attorneys (COSA), National School Boards Association (NSBA)—COSA Board of Directors Member (2022–2024 Term)
- Education Law Association—Conference Committee Member (2022)
- Chicago Bar Association, Education Law Committee—Founding Co-Chair (2010–2014); Vice Chair (2015)