**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Case No. 1:23-cv-00041-MR**

| | |
|---|---|
| JACOB DOE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.,<br><br>Defendants. | **DEFENDANTS' EXPERT WITNESS QUALIFICATIONS STATEMENT** |

Defendants submit the following Statement of the education, experience, and qualifications of Courtney Bullard. Defendants intend to qualify Ms. Bullard as an expert on the industry standards used by universities in addressing allegations of sexual misconduct. Ms. Bullard's Curriculum Vitae is attached hereto as **Exhibit A.**

Ms. Bullard received her undergraduate degree from Indiana University in 1998 and graduated from the University of Memphis School of Law in 2001. Ms. Bullard is licensed to practice law in Tennessee.

Ms. Bullard practiced law with the firms Baker Donelson and Husch & Eppenberger (now Husch Blackwell) before serving as legal counsel for the University of Tennessee System for eight years. In her role as legal counsel

for the University system, Ms. Bullard provided legal advice on all matters affecting the institution, including advising the system on its Title IX compliance efforts. Ms. Bullard developed a model policy for sexual misconduct, relationship violence, and stalking for the University system, and also worked with local school districts and programs on campus regarding their response to bullying, hazing, and sexual misconduct.

Ms. Bullard is the Founder and CEO of Institutional Compliance Solutions ("ICS"), a national legal and consulting company that provides support to colleges, universities, and school districts in their compliance with Title IX and related laws. Ms. Bullard oversees nine Title IX and Equity Specialists who serve in external roles in Title IX and other matters involving sexual misconduct. Ms. Bullard provides legal and consulting services for public and private higher education institutions and school districts with respect to compliance with Title IX and related laws and regulations; serves as an external investigator into allegations of sexual misconduct, relationship violence, bullying, hazing, and stalking; and conducts external Title IX audits for institutions and school districts. Ms. Bullard and ICS's employees regularly serve in the roles of Title IX investigators, coordinators, decision makers, appellate decision makers, and advisor, and Ms. Bullard provides

training for each of these roles. Ms. Bullard is also the creator of Title IX University, an on-line digital platform that provides Title IX training.

This the 6th day of May, 2026.

**ELLIS & WINTERS LLP**

/s/ Dixie T. Wells
Alex J. Hagan
N.C. State Bar No. 19037
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
alex.hagan@elliswinters.com

Dixie T. Wells
N.C. State Bar No. 26816
P.O. Box 2752
Greensboro, North Carolina 27402
Telephone: (336) 217-4197
Facsimile: (336) 217-4198
dixie.wells@elliswinters.com

**JEFF JACKSON**
**ATTORNEY GENERAL**
Lindsay Vance Smith
N.C. State Bar No. 48085
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6920
Facsimile: (919) 716-6764
lsmith@ncdoj.gov

Counsel for All Defendants

**UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL**

Marla Spector Bowman
N.C. State Bar No. 49097
123 W. Franklin Street, Suite 600
Chapel Hill, NC 27516
Telephone: (919) 962-1219
marla_bowman@unc.edu

Counsel for Defendant University of North Carolina at Chapel Hill

## CERTIFICATION ON USE OF ARTIFICIAL INTELLIGENCE

Undersigned counsel hereby certifies, in accordance with the Court's Standing Order on the Use of Artificial Intelligence, No 3:24-mc-00104-MR, that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 6th day of May, 2026.

/s/Dixie T. Wells
Dixie T. Wells