| | |
|---|---|
| JACOB DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.,<br><br>　　　　　Defendants. | CONSENT<br>DECREE<br>(Corrected) |

**THIS MATTER** is before the Court on the Parties' Joint Motion for Entry of Consent Decree made in open court on May 11, 2026. The Court has considered the Motion and reviewed the Confidential Settlement Agreement and Release of Claims executed between Plaintiff and Defendants (the "Settlement Agreement"), and the record herein. The terms of the Settlement Agreement are incorporated herein by reference.

**THE COURT FINDS** that the Parties have resolved the matters in controversy between them, consented to the terms of this Consent Decree, and agreed to the entry of the Consent Decree by the Court.

**THE COURT FINDS** that entry of this Consent Decree is just and reasonable with respect to all Parties and is in the interests of justice.

**THE COURT FINDS** that this case arises from university disciplinary proceedings involving Plaintiff, as set forth in Plaintiff's Verified Complaint (Doc. 1). This case accordingly implicates significant reputational and privacy interests of Plaintiff and Roes 1-4, the disclosure of which would cause irreparable harm to those interests. The Settlement Agreement sets forth terms and conditions mutually agreed to by the Parties that, if disclosed, are reasonably likely to lead to the identification of Plaintiff and Roes 1-4, potentially causing emotional damage to the Plaintiff. Thus, under N.C. Gen. Stat. § 132-1.3, the Settlement Agreement pertains to confidential matters affecting the reputational and privacy interests of the Plaintiff and Roes 1-4, the disclosure of which would cause irreparable harm to those interests.

**THE COURT FINDS** that there has been no determination or finding of violation of UNC-CH's policies as defined by <u>DTH v. Folt</u>, 374 N.C. 292 (2020).

**THE COURT FINDS** under N.C. Gen. Stat. § 132-1.3 that the presumption of openness to the Settlement Agreement is overcome by the overriding privacy and reputational interests of Plaintiff and Roes 1-4, and that this overriding interest cannot be protected by any measure short of sealing the Settlement Agreement.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

1.     The Court has reviewed the Settlement Agreement and finds that the terms thereof are just and reasonable.

2.     The Settlement Agreement shall be filed and maintained UNDER SEAL, subject to inspection only upon further order of this Court.

3.     The terms of the Settlement Agreement are confidential, and the Parties and their counsel shall maintain the confidentiality of the terms of the settlement in accordance with the Settlement Agreement.

4.     The Court shall retain jurisdiction over the Parties and the subject matter of this action for purposes of enforcing the Settlement Agreement and this Consent Decree.  Any action filed to enforce this Consent Decree shall be filed in the Western District of North Carolina, Asheville Division.

5.     For good cause shown, references to the Plaintiff and the four individuals who were identified as Jane Roe 1, Jane Roe 2, Jane Roe 3, and Jane Roe 4 shall remain under pseudonym.

**IT IS SO ORDERED.**   Signed: June 3, 2026

Martin Reidinger
Chief United States District Judge

3

**DAS Law Group, PA**

/s/ Fred W. DeVore, III
Fred W. DeVore, III
DAS Law Group, PA
438 Queens Road
Charlotte, NC 28207
(704) 377-5242
(704) 332-2825 facsimile
NC State Bar #10308
Attorney for Plaintiff
fdevore@daslawgroup.com

**ELLIS & WINTERS LLP**

/s/ Dixie T. Wells

Dixie T. Wells
N.C. State Bar No. 26816
P.O. Box 2752
Greensboro, North Carolina 27402
Telephone: (336) 217-4197
Facsimile: (336) 217-4198
dixie.wells@elliswinters.com

**JEFF JACKSON
ATTORNEY GENERAL**

Lindsay Vance Smith

N.C. State Bar No. 48085
NC Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6920
Facsimile: (919) 716-6764
lsmith@ncdoj.gov

**Wilder Law, PLLC**

/s/ Raboteau T. Wilder, Jr.
Raboteau T. Wilder, Jr.
Wilder Law, PLLC
3501 Monroe Road
Charlotte, NC 28205
(704) 342-2243 telephone
NC State Bar #5891
Attorneys for Plaintiff
rob@wilderlawgroup.com

**ELLIS & WINTERS LLP**

/s/ Alex J. Hagan

Alex J. Hagan
N.C. State Bar No. 19037
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
alex.hagan@elliswinters.com

**UNIVERSITY OF NORTH
CAROLINA AT CHAPEL HILL**

Marla Spector Bowman

N.C. State Bar No. 49097
123 W. Franklin Street, Suite 600
Chapel Hill, NC 27516
Telephone: (919) 962-1219
marla_bowman@unc.edu
Counsel for Defendant University of
North Carolina at Chapel Hill

4