UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:23-CV-0041

| | |
|---|---|
| JACOB DOE,<br><br>          Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM; et.al.,<br><br>          Defendants. | **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of all claims Plaintiff has asserted against all Defendants in the above-captioned action **with prejudice**, with each party to bear its own costs.

This the 16th day of June, 2026.

| | |
|---|---|
| **DAS Law Group, PA** | **Wilder Law, PLLC** |
| /s/ Fred W. DeVore, III | /s/ Raboteau T. Wilder, Jr. |
| Fred W. DeVore, III | Raboteau T. Wilder, Jr. |
| NC State Bar #10308 | NC State Bar #5891 |
| DAS Law Group | Wilder Law, PLLC |
| 438 Queens Road | 3501 Monroe Road |
| Charlotte, NC 28207 | Charlotte, NC 28205 |
| (704) 377-5242 | (704) 342-2243 |
| fdevore@daslawgroup.com | rob@wilderlawgroup.com |
| Attorney for Plaintiff | Attorney for Plaintiff |

**ELLIS & WINTERS LLP**

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
P.O. Box 2752
Greensboro, North Carolina 27402
(336) 217-4197
dixie.wells@elliswinters.com
Attorney for Defendants

**ELLIS & WINTERS LLP**

/s/Alex J. Hagan
Alex J. Hagan
N.C. State Bar No. 19037
P.O. Box 33550
Raleigh, NC 27636
(919) 865-7000
alex.hagan@elliswinters.com
Attorney for Defendants

**JEFF JACKSON
ATTORNEY GENERAL**

Lindsay Vance Smith

N.C. State Bar No. 48085
NC Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6920
lsmith@ncdoj.gov
Counsel for Defendants

**UNIVERSITY OF NORTH
CAROLINA AT CHAPEL HILL**

Marla Spector Bowman

N.C. State Bar No. 49097
123 W. Franklin Street, Suite 600
Chapel Hill, NC 27516
 (919) 962-1219
marla_bowman@unc.edu
Counsel for Defendant University of
North Carolina at Chapel Hill

2